IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | | ) |
| | Plaintiff | ) |
| | | ) |
| vs | | ) Criminal No. 00-31 |
| | | ) |
| Kurt Rouse | | ) |
| | Defendant | ) |

## ORDER OF COURT

AND NOW, to wit, this ___26TH___ day of ___JUNE___, 2006, it appearing to the

Court that the above-captioned case has been terminated with no appeals pending, IT IS

HEREBY ORDERED that the pleadings impounded in the Office of the Clerk of Court be

returned to the closed filing system of the Clerk's Office.

These pleading are to remain sealed with a copy of this Order attached to the envelope and to

the file folder. Anyone desiring to view the impounded pleadings shall file a request with the

Clerk with notification to all parties. These pleadings are to remain sealed for the next

___10___ years.

Documents: 51, 52, 56, 76, 78, 81

Gary L. Lancaster
U.S. District Judge